IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PRESTON DENT,** | : | Civil No. 1:21-cv-1814 |
| **Plaintiff,** | : | |
| v. | : | |
| **SAMIRAH RANDOLPH,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

## O R D E R

**AND NOW**, this 23rd day of November, 2021, upon consideration of Magistrate Judge Carlson's Report and Recommendation (Doc. 6), wherein he recommends, upon a screening review of this *pro se* civil action, that the court dismiss the complaint without prejudice to the plaintiff attempting to file an amended complaint in this court or to file this action in the appropriate Pennsylvania Court of Common Pleas, and further upon noting that no objections to the Report and Recommendation have been filed, and the court having satisfied itself that there is no clear error on the face of the record, *see* FED. R. CIV. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (citation omitted), it is **HEREBY ORDERED** as follows:

1) The Report and Recommendation (Doc. 6) is **ADOPTED**;

2) The complaint is **DISMISSED** without prejudice for failure to state a claim upon which relief may be granted;

3) Plaintiff may file an amended complaint in accordance with this order and the accompanying report and recommendation either in federal court or in the appropriate Pennsylvania Court of Common Pleas. Any amended complaint filed in this court shall be complete in and of itself and shall be filed within twenty (20) days from the date of this order; and

4) This case is remanded to Magistrate Judge Carlson.

                                                                                <u>s/Sylvia H. Rambo</u>  
                                                                                Sylvia H. Rambo  
                                                                                United States District Judge