IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PRESTON DENT,** | : | Civil No. 1:21-cv-1814 |
| **Plaintiff,** | : | |
| v. | : | |
| **SAMIRA RANDOLPH,** | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

## <u>O R D E R</u>

AND NOW, this 12th day of January, 2021, upon consideration of Magistrate Judge Carlson's Report and Recommendation (Doc. 8) wherein he recommends that the complaint be dismissed with prejudice for Plaintiff's failure to timely amend the complaint in accordance with court directives, and further noting that no objections to the Report and Recommendation have been filed, the court finds that no clear error exists on the record and therefore ORDERS as follows:

1) The Report and Recommendation (Doc. 8) is ADOPTED;

2) The complaint is DISMISSED with prejudice as frivolous for failure to state a claim;

3) The Clerk of Court is DIRECTED to close this case; and

4) Any appeal taken from this order is deemed frivolous and not in good faith.

s/Sylvia H. Rambo<br>
Sylvia H. Rambo<br>
United States District Judge